```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 12165
   CHERYL DOUGLAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4533

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/26/2006 and was confirmed 02/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
US BANK NATIONAL ASSOCIA  CURRENT MORTG       22672.64            .00        22672.64
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE        5545.66            .00             .00
CITY OF CHICAGO DEPT OF   SECURED              1094.36            .00         1005.13
SILVERLEAF RESORT INC     SECURED             10200.00         839.94         3520.87
WELLS FARGO AUTO FINANCE  SECURED VEHIC       16100.84        1589.55         5715.54
INTERNAL REVENUE SERVICE  PRIORITY                 .00            .00             .00
AT & T BANKRUPCTY         UNSEC W/INTER    NOT FILED              .00             .00
CAPITAL ONE               UNSEC W/INTER         577.21            .00             .00
CITY OF CHICAGO           UNSEC W/INTER    NOT FILED              .00             .00
GEORGE WALKER             UNSEC W/INTER    NOT FILED              .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER        1035.82            .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER        1483.80            .00             .00
PLAINS COMMERCE BANK      UNSEC W/INTER         606.37            .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED               .00            .00             .00
VALIC                     UNSEC W/INTER    NOT FILED              .00             .00
VERIZON WIRELESS          UNSEC W/INTER        1126.97            .00             .00
WELLS FARGO AUTO FINANCE  UNSEC W/INTER    NOT FILED              .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED               .00            .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED               .00            .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED               .00            .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER           .00            .00             .00
SILVERLEAF RESORT INC     MORTGAGE ARRE        1800.00            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY         3,000.00                         464.00
TOM VAUGHN                TRUSTEE                                             2,600.33
DEBTOR REFUND             REFUND                                                   .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   38,408.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12165 CHERYL DOUGLAS
```

```
PRIORITY                                                               .00
SECURED                                                          32,914.18
    INTEREST                                                      2,429.49
UNSECURED                                                              .00
ADMINISTRATIVE                                                      464.00
TRUSTEE COMPENSATION                                              2,600.33
DEBTOR REFUND                                                          .00
                                     ---------------        ---------------
TOTALS                                     38,408.00              38,408.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 02/25/09                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE